IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY NEUBECKER,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF
HEALTH & HUMAN SERVICES, et al.

    Defendants.

ORDER

Case No. 18-cv-876-wmc

Plaintiff Jeffrey Neubecker a patient at Sand Ridge Secure Treatment Center in Mauston, Wisconsin has filed a proposed complaint under 42 U.S.C. § 1983, alleging constitutional rights violations. Plaintiff requests leave to proceed without prepayment of the filing.

This court uses one method for determining the indigent status of all institutionalized persons, even those like plaintiff who are not subject to the 1996 Prisoner Litigation Reform Act. This method requires plaintiff to submit a certified copy of a resident account statement for the six-month period immediately preceding the filing of the complaint

A certified copy of plaintiff's resident account statement for the entire sixth-month period immediately preceding the filing of the complaint must be provided if plaintiff intends to pursue the request for leave to proceed without prepayment of the filing fee. Because plaintiff's complaint was submitted on October 25, 2018, the certified resident account statement should cover the period beginning approximately April 25, 2018 and ending approximately October 25, 2018. If plaintiff fails to submit the required statement

within the deadline set below, I will assume that plaintiff wishes to withdraw this action voluntarily.

ORDER

IT IS ORDERED that plaintiff Jeffrey Neubecker may have until November 16, 2018 to submit a certified copy of plaintiff's resident account statement for the period beginning approximately April 25, 2018 and ending approximately October 25, 2018.  If, by November 16, 2018, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.  In that event, the case will be closed without prejudice to plaintiff filing this case at a later date.

Entered this 25th day of October, 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge