IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY NEUBECKER,

    Plaintiff,

  v.

WISCONSIN DEPT. OF HEALTH &
HUMAN SERVICES, SAND RIDGE
SECURE TREATMENT CENTER,
DOUG BELLILE, MITCHELL LENSKI,
and CHARLIE SAUNDERS,

    Defendants.

Case No.   18-cv-876-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                            5/4/2021
Peter Oppeneer, Clerk of Court            Date